IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| INGA DOW, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21-cv-01209-P |
| | § | |
| KELLER WILLIAMS REALTY, INC., | § | |
| JOHN DAVIS, GO MANAGEMENT, LLC, | § | |
| DAVID OSBORN, SMOKEY GARRETT, | § | |
| AND GARY KELLER, | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS KELLER WILLIAMS REALTY, INC. AND GARY KELLER'S MOTION TO COMPEL ARBITRATION

Defendants Keller Williams Realty, Inc. ("KWRI") and Gary Keller ("Keller") (collectively "Defendants") move to compel this entire dispute to arbitration pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 1-16.  As grounds for this Motion to Compel Arbitration, Defendants respectfully show the following:

1. This lawsuit arises from Plaintiff Inga Dow's ownership of three Keller Williams® real estate brokerage franchises ("Market Centers"). Each of Dow's license agreements with KWRI contain an arbitration clause.

2. Defendants move to compel arbitration of this dispute because it falls within the scope of the arbitration clauses in the License Agreements.

3. Dow's claims against the remaining defendants (who are not signatories to the license agreements) are intertwined with the allegations against KWRI, and thus, the entire dispute—not just the allegations involving KWRI—is subject to arbitration.

For the reasons set forth above, Defendants KWRI and Keller respectfully request that this motion be granted and that the Court compel arbitration of this dispute.

Respectfully submitted,

By: */s/ Kristin L. Bauer*
Kristin L. Bauer
Texas Bar No. 24006813
Kristin.Bauer@jacksonlewis.com
Claire L. Cook
Texas Bar No. 24086220
Claire.Cook@jacksonlewis.com
JACKSON LEWIS P.C.
500 N. Akard, Suite 2500
Dallas, Texas  75201
PH:  (214) 520-2400
FX:  (214) 520-2008

**ATTORNEYS FOR DEFENDANTS KELLER WILLIAMS REALTY, INC. AND GARY KELLER**

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for defendants Keller Williams Realty, Inc. and Gary Keller conferred with counsel for Plaintiff on February 24, 2022, regarding the substance of this motion and that Plaintiff's counsel is opposed to this motion. Defendants' counsel also conferred with counsel for John Davis on the relief sought in this motion on March 1, 2022, by email and phone, but those conference efforts have not been exhausted; counsel will update the court on Davis's counsel's position once confirmed. Defendants' counsel also conferred with counsel for Go Management, LLC, David Osborn, and Smokey Garrett, by phone on March 1, 2022; these conference efforts have likewise not been exhausted, and counsel will update the court on their position once confirmed.

/s/ *Kristin Bauer*
Kristin L. Bauer

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure on March 1, 2022.

| | | |
|---|---|---|
| Michael Y. Kim<br>Ericha Ramsey Brown<br>Monica L. Narvaez<br>Eduardo R. Garza<br>THE MICHAEL KIM LAW FIRM, PLLC<br>4236 W. Lovers Lane<br>Dallas, Texas 75209<br>mkim@mkimlegal.com<br>erbrown@mkimlegal.com<br>mnarvaez@mkimlegal.com<br>egarza@mkimlegal.com<br><br>**Attorneys for Plaintiff** | James T. Drakeley<br>Laurie N. Patton<br>SPENCER FANE LLP<br>5700 Granite Parkway, Ste. 650<br>Plano, TX 75024<br>jdrakeley@spencerfane.com<br>lpatton@spencerfane.com<br><br>**Attorneys for Defendant John Davis** | A. Boone Almanza<br>Tanya Robinson<br>ALMANZA, BLACKBURN, DICKIE & MITCHELL LLP<br>2301 S. Capital of Texas Hwy., Bldg. H<br>Austin, Texas 78746<br> TRobinson@abdmlaw.com<br>BAlmanza@abdmlaw.com<br><br>**Attorneys For Defendants Go Management LLC, David Osborn, And Smokey Garrett** |

/s/ *Kristin Bauer*
Kristin L. Bauer