## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| INGA DOW, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21-cv-01209-P |
| | § | |
| KELLER WILLIAMS REALTY, INC., | § | |
| JOHN DAVIS, GO MANAGEMENT, LLC, | § | |
| DAVID OSBORN, SMOKEY GARRETT, | § | |
| AND GARY KELLER, | § | |
| | § | |
| **Defendants.** | § | |

## DEFENDANTS KELLER WILLIAMS REALTY, INC. AND GARY KELLER'S RESPONSE AMENDING CERTIFICATE OF CONFERENCE ON PLAINTIFF'S PARTIALLY UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendants Keller Williams Realty, Inc. and Gary Keller (collectively "Defendants") file this response in accordance with the Court's Order [Dkt. 55] to file a response to Plaintiff's Partially Unopposed Motion for Leave to File her First Amended Complaint [Dkt. 53].

After reviewing Plaintiff's motion and proposed amendment, and although Defendants believe the amendment to be futile, Defendants will not oppose the motion considering the non-opposition of codefendants. Defendants will address the remaining and additional deficiencies in the pleadings as needed.[1] Defendants are not opposed to the relief sought in the Motion [Dkt. 53].

---

[1] Of note, the amendment includes a breach of contract claim invoking the agreements that include the arbitration provisions at issue in Defendants pending motion to compel arbitration.

**DEFENDANTS' KELLER WILLIAMS REALTY, INC. AND GARY KELLER'S
RESPONSE AMENDING CERTIFICATE OF CONFERENCE** **Page 1**

Respectfully submitted,


By:  */s/ Kristin L. Bauer*  _____
    Kristin L. Bauer
    Texas Bar No. 24006813
    Kristin.Bauer@jacksonlewis.com
    Claire L. Cook
    Texas Bar No. 24086220
    Claire.Cook@jacksonlewis.com
    JACKSON LEWIS P.C.
    500 N. Akard, Suite 2500
    Dallas, Texas 75201
    PH: (214) 520-2400
    FX: (214) 520-2008

    **ATTORNEYS FOR DEFENDANTS**
    **KELLER WILLIAMS REALTY, INC.**
    **AND GARY KELLER**


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure on March 28, 2022.

    Michael Y. Kim
    Ericha Ramsey Brown
    Monica L. Narvaez
    Eduardo R. Garza
    THE MICHAEL KIM LAW FIRM, PLLC
    4236 W. Lovers Lane
    Dallas, Texas 75209
    mkim@mkimlegal.com
    erbrown@mkimlegal.com
    mnarvaez@mkimlegal.com
    egarza@mkimlegal.com

    **Attorneys for Plaintiff**


    */s/ Kristin L. Bauer*  _____
    Kristin L. Bauer