UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**INGA DOW,**

   Plaintiff,

v.                                             No. 4:21-cv-1209-P

**KELLER WILLIAMS REALTY, INC. ET AL.,**

   Defendants.

### ORDER

   Before the Court is Plaintiff Inga Dow and Defendants Keller Williams Realty, Inc. and Gary Keller's Motion to Extend Deadline for Motions for Leave to Join Additional Parties or Amend Pleadings ("Motion"). ECF No. 87. After considering the Motion and the state of the docket, the Court **DENIES** the Motion **without prejudice**.

   **SO ORDERED** on this **18th day** of **April, 2022.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE