UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| INGA DOW, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| KELLER WILLIAMS REALTY, INC. | § | CIVIL ACTION NO. 4:21-CV-01209-P |
| JOHN DAVIS, GO MANAGEMENT, LLC, | § | |
| DAVID OSBORN, SMOKEY GARRETT, | § | |
| AND GARY KELLER, | § | |
| | § | |
| Defendants. | § | |

**JOINT STATUS REPORT**

COME NOW, Inga Dow, Plaintiff in the above-styled and numbered cause ("Plaintiff"), Keller Williams Realty, Inc. ("KWRI"), John Davis ("Davis"), GO Management, LLC ("GOM"), David Osborn ("Osborn"), Smokey Garrett ("Garrett"), and Gary Keller ("Keller"), Defendants in the above-styled and numbered cause (KWRI, Davis, GOM, Osborn, Garrett, and Keller are collectively referred to herein as "Defendants"), and pursuant to the Court's Order of September 2, 2022, file this Joint Status Report.

On or about September 2, 2022, this matter was stayed, and Plaintiff, KWRI and Keller were compelled to Arbitration. Since such time, counsel for Plaintiff, KWRI and Keller conferred regarding the filing of an Arbitration Demand, and whether such matter would be filed in a private Arbitration or with the American Arbitration Association ("AAA"), and their preferred venues and selection of an arbitrator(s).

Plaintiff has filed her Arbitration Demand with AAA, and the Arbitration is in its infancy stages. Plaintiff anticipates initial challenges to venue, as well as submission of the issue of arbitrability to AAA's Administrative Review Council, prior to any briefing or motions being

determined by the arbitrator(s). Plaintiff, KWRI, and Keller intend to handle such preliminary processes expeditiously.

Additionally, counsel for Plaintiff, KWRI, and Keller have discussed participating in a second mediation, but no agreement to proceed with a second mediation has been reached.

At this time, the Arbitration has not been set for final hearing.

The Parties will continue to keep the Court advised as to the status of the Arbitration. Plaintiff, KWRI, and Keller will immediately notify the Court upon resolution or final determination of the Arbitration proceeding.

>Respectfully submitted,
>
>/s/ *Michael Y. Kim*
>Michael Y. Kim
>State Bar No. 24039960
>mkim@mkimlegal.com
>Ericha Ramsey Brown
>State Bar No. 24051952
>erbrown@mkimlegal.com
>Monica L. Narvaez
>State Bar No. 24088113
>mnarvaez@mkimlegal.com
>
>**THE MICHAEL KIM LAW FIRM, PLLC**
>4236 W. Lovers Lane
>Dallas, Texas 75209
>(214) 357-7533
>(214) 357-7531 Facsimile
>
>ATTORNEYS FOR PLAINTIFF

By: /s/ Kristin L. Bauer
　　Kristin L. Bauer
　　Texas Bar No. 24006813
　　Kristin.Bauer@jacksonlewis.com
　　Claire L. Cook
　　Texas Bar No. 24086220
　　Claire.Cook@jacksonlewis.com
　　JACKSON LEWIS P.C.
　　500 N. Akard, Suite 2500
　　Dallas, Texas  75201
　　PH:  (214) 520-2400
　　FX:  (214) 520-2008

**ATTORNEYS FOR DEFENDANTS KELLER WILLIAMS REALTY, INC. AND GARY KELLER**

By: /s/ A. Boone Almanza
　　A.  Boone Almanza
　　Texas Bar No. 01579001
　　balmanza@abdmlaw.com
　　Tanya Robinson
　　Texas Bar No. 24095822
　　trobinson@abdmlaw.com
　　ALMANZA, BLACKBURN, DICKIE
　　　& MITCHELL, LLP
　　2301 S. Capital of Texas Highway, Bldg. H
　　Austin, Texas 78746
　　PH:  (512) 474-9486
　　FX:  (512) 478-7151

**ATTORNEYS FOR DEFENDANTS SMOKEY GARRETT, DAVID OSBORN AND GO MANAGEMENT, LLC**

By: */s/ James T. Drakeley*

James T. Drakeley
Texas Bar No. 06111600
jdrakeley@spencerfane.com
Laurie N. Patton
Texas Bar No. 24078158
lpatton@spencerfane.com
SPENCER FANE LLP
5700 Granite Parkway, Suite 650
Plano, Texas 75024
PH:  (972) 324-0300
FX:  (972) 324-0301

**ATTORNEYS FOR DEFENDANT JOHN DAVIS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure on December 1, 2022.

Kristin L. Bauer
Texas Bar No. 24006813
Kristin.Bauer@jacksonlewis.com
Claire L. Cook
Texas Bar No. 24086220
Clarie.Cook@jacksonlewis.com
JACKSON LEWIS P.C.
500 N. Akard, Suite 2500
Dallas, Texas  75201

A. Boone Almanza
Texas Bar No. 01579001
balmanza@abdmlaw.com
Tanya Robinson
Texas Bar No. 24095822
trobinson@abdmlaw.com
ALMANZA, BLACKBURN, DICKIE
   & MITCHELL, LLP
2301 S. Capital of Texas Highway, Bldg. H
Austin, Texas 78746

James T. Drakeley
Texas Bar No. 06111600
jdrakeley@spencerfane.com
Laurie N. Patton
Texas Bar No. 24078158
lpatton@spencerfane.com
SPENCER FANE LLP
5700 Granite Parkway, Suite 650
Plano, Texas 75024

>  /s/ Michael Y. Kim
>  Michael Y. Kim